**Order entered August 27, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00848-CV

### LUCKY MERK, LLC D/B/A GREENVILLE BAR & GRILL, ET AL., Appellants

### V.

### GREENVILLE LANDMARK VENTURE, ET AL., Appellees

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. 10-02411-D**

## ORDER

We **GRANT** appellants' August 26, 2013 unopposed motion to file an amended reply brief. We **ORDER** the amended reply brief attached to the motion filed as of the date of this order.

/s/    DAVID LEWIS
        JUSTICE